Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Joe, Franklin D | Case Number: 08 B 10160 |
|---|---|---|
| | Joe, Amy | Judge: Wedoff, Eugene R |
| | Printed: 02/03/09 | Filed: 4/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,876.00 | |
| Secured: | | 2,050.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,924.00 |
| Trustee Fee: | | 349.82 |
| Other Funds: | | 3,552.18 |
| Totals: | 8,876.00 | 8,876.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,924.00 | 2,924.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 7. | Capital One Auto Finance | Secured | 14,612.43 | 1,100.00 |
| 8. | Chrysler Financial Services Americas LLC | Secured | 19,293.31 | 950.00 |
| 9. | Wells Fargo Home Mortgage | Secured | 12,848.89 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 1,151.76 | 0.00 |
| 11. | Wells Fargo Financial Bank | Unsecured | 670.51 | 0.00 |
| 12. | Macy's | Unsecured | 100.68 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 4,936.30 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 2,399.95 | 0.00 |
| 15. | Chrysler Financial Services Americas LLC | Unsecured | 0.00 | 0.00 |
| 16. | American Express Centurion | Unsecured | 699.48 | 0.00 |
| 17. | American Express Centurion | Unsecured | 132.98 | 0.00 |
| 18. | Personal Finance Company | Unsecured | 358.50 | 0.00 |
| 19. | Chase Bank | Unsecured | 23.42 | 0.00 |
| 20. | Dell Financial Services, Inc | Unsecured | 338.63 | 0.00 |
| 21. | Tiffany Williams | Unsecured | 6,860.37 | 0.00 |
| 22. | Fredericka Spencer | Unsecured | 5,207.82 | 0.00 |
| 23. | Resurgent Capital Services | Unsecured | 367.05 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 276.91 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 1,553.51 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 543.91 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Joe, Franklin D | Case Number: 08 B 10160 |
| --- | --- | --- |
| | Joe, Amy | Judge: Wedoff, Eugene R |
| | Printed: 02/03/09 | Filed: 4/23/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | ECast Settlement Corp | Unsecured | 169.21 | 0.00 |
| 28. | City Of Chicago Dept Of Revenue | Unsecured | 158.12 | 0.00 |
| 29. | ECast Settlement Corp | Unsecured | 172.50 | 0.00 |
| 30. | RoundUp Funding LLC | Unsecured | 908.73 | 0.00 |
| 31. | Spirit Of America Nat'l Ban | Unsecured | 138.31 | 0.00 |
| 32. | Educational Credit Management Corp | Unsecured | 19,228.11 | 0.00 |
| 33. | City Of Chicago Dept Of Revenue | Unsecured | 181.12 | 0.00 |
| 34. | Bass & Associates | Unsecured | 232.47 | 0.00 |
| 35. | Dr Peter Neale Do | Unsecured | 35.88 | 0.00 |
| 36. | Citi Residential Lending Inc | Secured | | No Claim Filed |
| 37. | America's Servicing Co | Secured | | No Claim Filed |
| 38. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 39. | Citibank | Unsecured | | No Claim Filed |
| 40. | Nicor Gas | Unsecured | | No Claim Filed |
| 41. | CitiFinancial | Unsecured | | No Claim Filed |
| 42. | Credit Protection Association | Unsecured | | No Claim Filed |
| 43. | Indiana Secondary Market | Unsecured | | No Claim Filed |
| 44. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 45. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 46. | MRSI | Unsecured | | No Claim Filed |
| 47. | Nicor Gas | Unsecured | | No Claim Filed |
| 48. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 49. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 50. | Starr & Rowells | Unsecured | | No Claim Filed |
| 51. | Starr & Rowells | Unsecured | | No Claim Filed |
| 52. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 96,524.86 | $ 4,974.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 100.80 |
| 6.6% | 249.02 |
| | $ 349.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

